UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BILL EUGENE PLOWMAN,

    Plaintiff,

v.                                      Case No. 5:17cv188-MCR-CJK

HODGE, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 8, 2018. ECF No. 29. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Defendants Nobles and Hodge's motion to dismiss, ECF No. 25, is **GRANTED**. Plaintiff's claim for injunctive relief and damages against defendants

in their official capacity is dismissed.  Plaintiff's request for attorney's fees is dismissed.

      3.    This matter is referred to the assigned Magistrate Judge for further proceedings on plaintiff's Eighth Amendment claim for compensatory and punitive damages against defendants in their individual capacity.

      **DONE AND ORDERED** this 5th day of June 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**